JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Premier Spine Neurosurgery, Inc.<br><br>Plaintiff,<br><br>v.<br><br>CIGNA Health and Life Insurance Co. and DOES 1-10,<br><br>Defendants. | Case No. 2:22-cv-01070-JFW-MARx<br><br>**ORDER GRANTING STIPULATION TO REMAND TO STATE COURT** |

The Court, having reviewed the Parties' Stipulation to Remand (the "Stipulation"), being duly advised and upon good cause shown, hereby GRANTS the Stipulation, and hereby ORDERS that the above-captioned case be REMANDED to the Superior Court of the State of California for the County of Los Angeles.

The Clerk shall remand this action to the Superior Court of California, Los Angeles.

**IT IS SO ORDERED**

DATED: March 7, 2022

_____
Hon. John F. Walter, U.S. District Judge